IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:25-cr-44-MHL |
| | ) | |
| v. | ) | |
| | ) | |
| SHELIA C. BYNUM-COLEMAN | ) | |
| | ) | |
| RASHAD H. COLEMAN, | ) | |
| | ) | |
| *Defendants.* | ) | |

## **DEFENDANTS' MOTION TO AMEND RELEASE CONDITIONS**

Defendants Shelia C. Bynum-Coleman and Rashad C. Coleman respectfully move this Court to amend their respective release conditions as set forth below pursuant to 18 U.S.C. § 3142(c)(3). In support of this motion, defendants state the following:

1. Rashad and Shelia Coleman's release conditions (ECF Nos. 10 & 14) currently prohibit them from using or possessing marijuana. ECF No. 10 at 3, ¶ 7(w) & ECF No. 14 at 3, ¶ 7(w). Jawad Bhatti, M.D., has issued certificates for the use of medical cannabis products to both defendants pursuant to Virginia Code § 54.1-3408.3. Absent the specific prohibition set forth in ¶ 7(w), their release conditions would allow them to use medical cannabis. *See* ECF No. 14 at 2, ¶ 7(m) (prohibiting possession or use of controlled substances "unless prescribed by a licensed medical practitioner.").

2. Ms. Coleman uses marijuana primarily to manage pain, anxiety, stress and relatedly, to help her sleep. She has no prior history of alcohol or drug abuse and has found that small amounts of marijuana, used later in the day or evening, significantly benefit her ability to manage pain, stress and anxiety—all of which have been significantly elevated given

the pendency of these criminal proceedings.

3. Mr. Coleman uses marijuana primarily to manage pain and to help him sleep. He has no prior history of abusing drugs or alcohol.

4. Given that the Colemans possess valid certificates issued by a doctor to use cannabis products for those medical purposes, they request that their release conditions be amended to allow use of marijuana for those purposes.

5. The government and pre-trial services officer have requested permission to speak with Dr. Bhatti about the nature of the Colemans' conditions and the efficacy of marijuana in treating those conditions before taking a position on this matter. Mr. Coleman has executed a release allowing the pre-trial services officer to inquire with Dr. Bhatti as to those issues. Ms. Coleman will execute a similar release.

6. Both defendants' release conditions currently prohibit them from discussing this case with each other. *See* ECF No. 10 at 2, ¶ 7(g), ECF No. 14 at 2, ¶ 7(g). Given that they are charged as co-conspirators in Count One, Ind. (ECF No. 1) at 6-17, and that he indictment alleges that they aided and abetted each other in commission of the substantive crimes charged, Ind. at 17 & 20, they have certain common interests that will require them to communicate with each other to defend themselves in this matter. Accordingly, both defendants request permission to discuss this case with each other in the presence of their respective counsel. The government has indicated that it has no objection to this request.

7. Both defendants' release conditions restrict their travel to the Commonwealth of Virginia without the permission of the Court or Pre-Trial Services. *See* ECF No. 10 at 2, ¶ 7(f), ECF No. 14 at 2, ¶ 7(f). Mr. and Ms. Coleman have a daughter in high school who is currently considering colleges in Maryland and the District of Columbia. They request permission to travel

to Maryland and the District of Columbia from June 18-21, 2025, to visit colleges and museums in both jurisdictions.

8. The Colemans have been compliant with their release conditions since their March 21, 2025, initial appearances. The amendments sought will not create any danger to the public or any risk of the Colemans' non-appearance at trial and other proceedings in this matter.

For these reasons, the defendants respectfully request that their release conditions be amended as set forth above.

Respectfully submitted,

| SHELIA C. BYNUM-COLEMAN | RASHAD H. COLEMAN |
|---|---|
| By:     /s/<br>S. Sadiq Gill<br>Virginia Bar Number 30835<br>Durrette, Arkema, Gerson & Gill, PC<br>1111 E. Main Street, 16th Floor<br>Richmond, Virginia 23219<br>Phone: (804) 775-6900<br>Fax: (804) 775-6911<br>Email: sgill@dagglaw.com | By:     /s/<br>Michael C. Moore<br>Virginia Bar Number 34229<br>Of Counsel<br>William J. Dinkin, PLC<br>101 Shockoe Slip, Suite I<br>Richmond, Virginia 23219<br>Phone: (804) 658-5384<br>Fax: (804) 207-4368<br>Email: mike.moore@dinkinlaw.com |